IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RABEYA SULTANA, | § | |
|      PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:21-CV-1219-BK |
| | § | |
| MD SAFAYET HOSSAIN, | § | |
|      DEFENDANT. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order granting Plaintiff's *Motion for Summary Judgment*, it is ORDERED, ADJUDGED, and DECREED that judgment is rendered in Plaintiff's favor.  Costs of court are taxed against Defendant.

**SO ORDERED** on September 8, 2022.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE